**NOT FOR PUBLICATION**

JUN 16 2017

UNITED STATES COURT OF APPEALS



FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHUANEN CHEN, | No. 12-70727 |
| Petitioner, | Agency No. A088-112-118 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | ORDER* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted June 13, 2017
Honolulu, Hawaii

Before: FISHER, PAEZ, and NGUYEN, Circuit Judges.

The government's unopposed motion to remand (Dkt. No. 35) is

GRANTED. Chuanen Chen's petition for review is therefore DISMISSED as

moot. The filing of this order shall serve as the court's mandate. Each party shall

bear its own costs.

---

\* This dispositive order is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.